JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

08 CV 1514

LOGICWORKS CORPORATION,

                     Plaintiff,

   -against-

REALCAPITALMARKETS.COM, LLC
d/b/a REAL CAPITAL MARKETS,

                     Defendant.

-------------------------------------------------------------X

No. 08-CV-_____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Logicworks Corporation ("Logicworks"), a corporation duly organized under the laws of the State of New York, certifies that no publicly held corporation owns ten percent (10%) or more of the stock of Logicworks.

Dated: New York, New York
         February 12, 2008

RECEIVED
FEB 13 2008
U.S.D.C. S.D. N.Y.
CASHIERS

_____
James J. Miuccio (JM-1722)
65 Broadway
Suite 747
New York, NY 10006
(212) 624-5858

*Attorney for Plaintiff*
*Logicworks Corporation*