UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOGICWORKS CORPORATION,

                            Plaintiff,

    -against-

REALCAPITALMARKETS.COM, LLC
d/b/a REAL CAPITAL MARKETS,

                           Defendant.

------------------------------------------------------------X

No. 08-CV-1514 (PKC) (KNF)

ECF CASE

**NOTICE OF**
**VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Logicworks Corporation hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: New York, New York
       April 4, 2008

                                    JAMES J. MIUCCIO
                                    Attorney at Law

                                By: _____
                                  James J. Miuccio (JM-1722)

                                    65 Broadway
                                    Suite 747
                                    New York, NY 10006
                                    (212) 624-5858

                                    *Attorney for Plaintiff*
                                    *Logicworks Corporation*

SO ORDERED: _____ Dated: 4-7-08
Honorable P. Kevin Castel
United States District Judge